## CHARLESTON AREA MEDICAL CENTER, INCORPORATED, Plaintiff–Appellee,

### and

### St. Paul Fire & Marine Insurance Company, Intervenor/Plaintiff,

### v.

### PARKE–DAVIS, a DIVISION OF WARNER LAMBERT; Pfizer, Incorporated, its CA–00–132–5 successor by merger, Defendants–Appellants,

### and

Danny A. Rader, MD; Terri Miles, RN; John/Jane Doe, MD; Jane Doe, R.N.; John/Jane Doe, Pharmacist; John/ Jane Doe, Pharmacy Technician; John Doe, Agency/Corporation, Third Party Defendants.

### Charleston Area Medical Center, Incorporated, Plaintiff–Appellant,

### and

### St. Paul Fire & Marine Insurance Company, Intervenor/Plaintiff,

### v.

### Parke–Davis, a division of Warner Lambert; Pfizer, Incorporated, its CA–00–132–5 successor by merger, Defendants–Appellees,

Danny A. Rader, MD; Terri Miles, RN; John/Jane Doe, MD; Jane Doe, R.N.; John/Jane Doe, Pharmacist; John/ Jane Doe, Pharmacy Technician; John Doe, Agency/Corporation, Third Party Defendants.

Nos. 02–2264, 02–2303.

United States Court of Appeals, Fourth Circuit.

Filed June 1, 2004.

### ORDER

Counsel has filed a motion to seal appellants' reply to the motion to amend/withdraw order of certification.

The Court seals the reply. Only the Court and of record will be permitted access to this material.

Entered at the direction of Judge Widener, with the concurrence of Judge Wilkinson and Judge Niemeyer.